UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LAVERNE MIRE, ET AL | : | CASE NO.: 6:25-cv-00351-RRS-CBW |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL | : | MAGISTRATE JUDGE WHITEHURST |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, come defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER TRENT MOUTON, INDIVIDUALLY; OFFICER MAVERICK MORVANT, INDIVIDUALLY; OFFICER TYLER HOWERTON, INDIVIDUALLY; and FORMER CHIEF JUDITH ESTORGE, INDIVIDUALLY, who move this Court for an Order granting defendants additional time in which to file responsive pleadings in this matter. For the reasons which follow, good cause exists for the Court to grant additional time for defendants to file their responsive pleadings, to-wit:

1.

Upon review of Plaintiffs' Complaint, undersigned counsel noted several potential deficiencies warranting the filing of motions generally, and specifically, regarding Mire's capacity to file suit on her own behalf, Mire's capacity to file suit on behalf of decedent's minor children, and an apparent typographical error wherein plaintiffs asserted claims under Texas law.

2.

In an effort to clarify the pleadings and not burden the Court with unnecessary motion practice, undersigned counsel discussed these concerns with counsel for plaintiffs, since some, if not all, of the deficiencies may be cured by an amendment of the Complaint.

3.

During a telephone conference call between counsel for the parties, Plaintiffs' counsel advised undersigned counsel that they intend to file an amendment to their original Complaint.

4.

Further, Plaintiffs' counsel is awaiting the appropriate paperwork and confirmation from DCFS regarding Mire's status as the legal custodian of three of decedent's minor children. Said documentation has not yet been finalized as of the date of this filing, thereby delaying plaintiffs' counsel's ability to amend the Complaint.

5.

Therefore, in the interests of judicial efficiency and to allow plaintiffs sufficient time to obtain required documentation and prepare and file an amended complaint, defendants respectfully request additional time to file responsive pleadings. Defendants respectfully request an extension of time of an additional thirty (30) days within which to file responsive pleadings, to run from the date of the filing of plaintiffs' Amended Complaint.

6.

Undersigned counsel also hereby certifies that there has been no previous extension of time to plead and that counsel for plaintiffs has been contacted and that they have no objection to the filing and granting of the Motion for Extension of Time to Answer Complaint filed on behalf

of the defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER TRENT MOUTON, INDIVIDUALLY; OFFICER MAVERICK MORVANT, INDIVIDUALLY; OFFICER TYLER HOWERTON, INDIVIDUALLY; and FORMER CHIEF JUDITH ESTORGE, INDIVIDUALLY.

WHEREFORE, defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; OFFICER TRENT MOUTON, INDIVIDUALLY; OFFICER MAVERICK MORVANT, INDIVIDUALLY; OFFICER TYLER HOWERTON, INDIVIDUALLY; and FORMER CHIEF JUDITH ESTORGE, INDIVIDUALLY, pray for an Order from the Court granting defendants an additional thirty (30) days within which to file responsive pleadings, with said time to run from the date of the filing of plaintiffs' Amended Complaint.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

                              Respectfully submitted,

                              BORNE, WILKES & RABALAIS, L.L.C.

BY:         s/Joy C. Rabalais
      JOY C. RABALAIS (26476), T.A.
      JORDAN JOHN HENAGAN (36206)
      GRANT R. SCHEXNAILDER (40040)
      HUNTER B. AHIA (40251)
      200 West Congress Street, Suite 1000
      Post Office Box 4305
      Lafayette, Louisiana  70502-4305
      Telephone:  (337)  232-1604 Ext. 232
      Facsimile:  (337) 232-1837
      E-mail:  rabalais@bornewilkes.com

      ATTORNEYS FOR DEFENDANTS